Seaby PHILLIPS, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. January 15, 1924. Rehearing Denied February 20, 1924.) No. 4162. In Error to the District Court of the United States for the Southern District of Georgia; William H. Barrett, Judge. Max Isaac, of Savannah, Ga. (Clarence R. Isaac, of Savannah, Ga., on the brief), for plaintiff in error. F. G. Boatright, U. S. Atty., of Cordele, Ga., and Chas. E. Donnelly, Asst. U. S. Atty., of Savannah, Ga. Before WALKER and BRYAN, Circuit Judges, and CALL, District Judge.

PER CURIAM. The judgment is affirmed.

---

SHULTZ BREAD COMPANY, Plaintiff in Error, v. Elwell S. CROSBY, Defendant in Error. SHULTZ BREAD COMPANY, Plaintiff in Error, v. Alicia B. CROSBY, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 25, 1924.) Nos. 193, 194. In Error to the District Court of the United States for the Eastern District of New York. William Butler, of New York City (George F. Hickey and Walter Henry Wood, both of New York City, of counsel), for plaintiff in error. Bassett, Thompson & Gilpatric, of New York City (W. H. Gilpatric, of New York City, of counsel), for defendants in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgments affirmed.

---

William H. SIMON, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. February 21, 1924.) No. 258. In Error to the District Court of the United States for the Eastern District of New York. Bick, Godnick & Freedman, of Brooklyn, N. Y. (Louis R. Bick and Fred Francis Weiss, both of Brooklyn, N. Y., of counsel), for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Wm. A. De Groot, Asst. U. S. Atty. of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

In the Matter of Michael SLADE, Max Greif, and Reuben Fessler, Individually and as Copartners, Doing Business as Slade, Greif & Fessler, Bankrupts; M. H. Oberleder Co., Inc., Petitioner-Appellant. (Circuit Court of Appeals, Second Circuit. February 18, 1924.) No. 234. Appeal from the District Court of the United States for the Southern District of New York. Rosenthal & Heermance, of New York City (Charles K. Allen, of New York City, of counsel), for Petitioner-Appellant. Jacobson & Pollock, of New York City (Alexander Aaronson and Henry W. Pollock, both of New York City, of counsel), for bankrupts. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.